UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 20-cv-11357

**SAMSON RACIOPPI,**

    **Plaintiff,**

v.

**GOVERNOR CHARLIE BAKER,** in his official capacity as Governor for the STATE OF MASSACHUSETTS; **MAYOR MARTIN WALSH,** in his personal and official capacity as the Mayor for the CITY OF BOSTON; **COMMISSIONER WILLIAM EVANS,** in his personal and official capacity as the Commissioner for the Boston Police Department,

    **Defendants.**

## MOTION TO AMEND INITIAL COMPLAINT

Plaintiff Samson Racioppi moves to amend his initial complaint as a matter of course in accordance with Federal Rule of Civil Procedure 15.



Respectfully Submitted,

Plaintiff Samson Racioppi

*[signature]*

Samson Racioppi

8 Main Street

Salisbury, MA. 01952

(978) 518 - 6564

SamRacioppi@gmail.com

## CERTIFICATE OF SERVICE

I, Samson Racioppi, hereby certify that a true copy of the above document was served upon all registered participants by mailing a copy via first class mail.

Date: November 5, 2020.

*[signature]*

Samson Racioppi